1  JAMES M. WAGSTAFFE (95535)
   wagstaffe@kerrwagstaffe.com
2  MICHAEL NG (237915)
   mng@kerrwagstaffe.com
3  **KERR & WAGSTAFFE LLP**
4  100 Spear Street, Suite 1800
   San Francisco, CA 94105–1528
5  Telephone: (415) 371-8500
   Fax: (415) 371-0500
6
7  Attorneys for Defendant
   COMMONWEALTH SCIENTIFIC AND
8  INDUSTRIAL RESEARCH
   ORGANISATION
9
10
11
                    **UNITED STATES DISTRICT COURT**
12
                    **CENTRAL DISTRICT OF CALIFORNIA**
13
                              **SOUTHERN DIVISION**
14
15 | CISCO-LINKSYS LLC, CISCO              | Case No. SACV0900178-DOC
16 | SYSTEMS, INC. AND CISCO                | (MLG)
17 | SYSTEMS WIRELESS NETWORKING            | **DEFENDANT CSIRO'S NOTICE
   | (AUSTRALIA) PTY, LTD.                  | OF MOTION AND MOTION TO
18 |                                        | DISMISS**
19 |          Plaintiffs,
   |                                        | DATE: August 10, 2009
20 |     v.                                 | TIME:  8:30 a.m.
   |                                        | COURTROOM:  9D
21 | COMMONWEALTH SCIENTIFIC
22 | AND INDUSTRIAL RESEARCH                | TRIAL: [None]
   | ORGANISATION,                          | **Hon. David O. Carter**
23
24 |          Defendant.
25
26
27
28

# NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on August 10, 2009 at 8:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable David O. Carter in Courtroom 9D, of the United States Courthouse located at 411 West Fourth Street, Santa Ana, CA 92701, Defendant Commonwealth Scientific and Industrial Research Organisation ("CSIRO") will and hereby does move the Court to dismiss Plaintiffs' complaint for lack of subject matter jurisdiction under the Foreign Sovereign Immunities Act ("FSIA"), or in the alternative, for dismissal or stay on the grounds of *forum non conveniens*, or for the Court to exercise its discretion to dismiss or stay this declaratory judgment action.  The motion is brought on the grounds that (1) this Court lacks subject matter jurisdiction over this dispute under the FSIA because CSIRO is a foreign governmental entity subject to the FSIA and no exceptions to sovereign immunity exist here; (2) the case should be dismissed or stayed on grounds of *forum non conveniens* because Australia provides an adequate and superior alternative forum; and (3) in the alternative, the Court should exercise its discretion to decline jurisdiction over this declaratory judgment action.

//
//
//
//
//
//
//
//
//
//
//

1  This motion is made following the conference of counsel pursuant to L.R. 7-
2  3 which took place on July 8, 2009. This motion is based on this notice, the
3  memorandum of points and authorities filed concurrently herewith, the
4  Declarations of Michael Ng, Denis Redfern, Professor John Carter and Michael
5  Pryse and the exhibits presented therein and filed concurrently herewith, the papers
6  and pleadings on file, and upon such other matters as may be presented to the
7  Court at the time of the hearing.

DATED: July 15, 2009    **KERR & WAGSTAFFE LLP**

By: /s/ James M. Wagstaffe
JAMES M. WAGSTAFFE

Attorneys for Defendant
COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH
ORGANISATION