JAMES M. WAGSTAFFE (95535)
wagstaffe@kerrwagstaffe.com
MICHAEL NG (237915)
mng@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendant
COMMONWEALTH SCIENTIFIC AND
INDUSTRIAL RESEARCH
ORGANISATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CISCO-LINKSYS LLC, CISCO SYSTEMS, INC. AND CISCO SYSTEMS WIRELESS NETWORKING (AUSTRALIA) PTY, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,<br><br>Defendant. | Case No. SACV0900178-DOC(MLG)<br><br>**DECLARATION OF MICHAEL NG IN SUPPORT OF DEFENDANT CSIRO'S MOTION TO DISMISS**<br><br>DATE: August 10, 2009<br>TIME: 8:30 a.m.<br>COURTROOM: 9D<br><br>TRIAL: [None]<br><br>**Hon. David O. Carter** |

I, Michael Ng, do hereby declare as follows:

1. I am a partner in the law firm of Kerr & Wagstaffe LLP, counsel for Commonwealth Scientific and Industrial Research Organisation's ("CSIRO") in the above-captioned matter. I make this declaration of my own personal knowledge in support of CSIRO's motion to dismiss.

2. Attached as Exhibit A hereto is a true and correct copy of the summons issued in this case by the California Superior Court for the County of Los Angeles, where this case originated. Consistent with the 60-day response date set forth therein, Plaintiffs' initial efforts to effect service in this matter followed the provisions of the Foreign Sovereign Immunities Act. The parties subsequently agreed to accept service in this action and in the parallel Australian action.

3. Attached hereto as Exhibit B is a true and correct copy of a printout I downloaded from the website from the California Secretary of State's Business Portal website on July 13, 2009, which indicates that STMicroelectronics, Inc. is registered to do business in California as a Delaware corporation with its headquarters in Carrollton, Texas.

4. Attached hereto as Exhibit C is a true and correct excerpt of the Securities and Exchange Commission form 10-K for Marvell Technology Group Ltd., downloaded from Marvell Technology Group Ltd.'s website on July 13, 2009 listing Marvell International Ltd. as a Bermuda entity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of July, 2009 at San Francisco, California.

/s/
Michael Ng

# EXHIBIT A

-Summons altered to reflect 60 days per 2005 U.S. District Court Decision. LEXIS 42964-

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
COMMONWEALTH SCIENTIFIC INDUSTRIAL RESEARCH ORGANISATION

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
CISCO-LINKSYS LLC, CISCO SYSTEMS, INC. and CISCO SYSTEMS WIRELESS NETWORKING (AUSTRALIA) PTY, LTD

RECEIVED
SUPERIOR COURT OF CALIFORNIA
CENTRAL JUSTICE CENTER
DEC 24 2008
BY: A. AREVALO, DEPUTY

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

DEC 24 2008

ALAN CARLSON, Clerk of the Court
BY A. ARÉVALO

You have 60 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 60 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

30-2008

**CASE NUMBER:** *(Número del Caso):* 00233122

The name and address of the court is:
*(El nombre y dirección de la corte es):*

ORANGE COUNTY SUPERIOR COURT
751 W. SANTA ANA BOULEVARD
SANTA ANA, CA 92701

JUDGE GAIL A. ANDLER
DEPT. CX102

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Russell W. Roten (SBN 170571)      Tel.: (213) 689-7400   Fax: (213) 689-7401
J. Robert Renner (SBN 148587)
Duane Morris LLP
633 W. 5th Street, Suite 4600, Los Angeles, CA 90071-2065

DATE: December 24, 2008     ALAN CARLSON Clerk, by A. Arévalo, Deputy
*(Fecha)*                   *(Secretario)*              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc.
www.USCourtForms.com

# EXHIBIT B

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of JUL 10, 2009 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| STMICROELECTRONICS, INC. |||
| **Number:** C1012786 | **Date Filed:** 12/23/1980 | **Status:** active |
| **Jurisdiction:** DELAWARE |||
| Address |||
| 1310 ELECTRONICS DRIVE |||
| MAIL STATION 2346 |||
| CARROLLTON, TX 75006 |||
| Agent for Service of Process |||
| C T CORPORATION SYSTEM |||
| 818 WEST SEVENTH ST |||
| LOS ANGELES, CA 90017 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT C

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended January 31, 2009

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from             to

Commission file number 0-30877

# Marvell Technology Group Ltd.
*(Exact name of registrant as specified in its charter)*

| Bermuda | 77-0481679 |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

**Canon's Court, 22 Victoria Street, Hamilton HM 12, Bermuda**
*(Address of principal executive offices)*

**(441) 296-6395**
*(Registrant's telephone number, including area code)*

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of each exchange on which registered |
|---|---|
| Common shares, $0.002 par value per share | The NASDAQ Stock Market LLC |

Securities registered pursuant to Section 12(g) of the Act:
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to the Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒     Accelerated filer ☐     Non-accelerated filer ☐     Smaller reporting company ☐
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

The aggregate market value of the registrant's common shares held by non-affiliates of the registrant was approximately $6,070,949,918 based upon the closing price of $14.69 per share on the Nasdaq Global Select Market on August 1, 2008 (the last business day of the registrant's most recently completed second quarter). Common shares held by each director and executive officer of the registrant, as well as shares held by each holder of more than 5% of the common shares known to the registrant (based on Schedule 13G filings), have been excluded for purposes of the foregoing calculation.

As of March 15, 2009, there were 618,229,230 common shares of the registrant outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of Part III of this Form 10-K are incorporated by reference to the registrant's proxy statement for its 2009 annual general meeting of shareholders, which proxy statement will be filed with the Securities and Exchange Commission within 120 days after the end of the fiscal year covered by this Form 10-K.

Exhibit 21.1

## SUBSIDIARIES OF MARVELL

| Subsidiary | Jurisdiction of Organization |
| --- | --- |
| Marvell UK Limited | United Kingdom |
| Marvell Asia Pte Ltd | Singapore |
| Marvell Hong Kong Limited | Hong Kong |
| Marvell International Ltd. | Bermuda |
| Marvell Japan K.K. | Japan |
| Marvell Technology Japan Y.K. | Japan |
| Marvell Semiconductor, Inc. | California, United States |
| Marvell Israel (M.I.S.L) Ltd. | Israel |
| Marvell Semiconductor Korea, Ltd. | Korea |
| Marvell T.I. Ltd. | Israel |
| Marvell Taiwan Ltd. | Taiwan |
| Marvell Technology, Inc. | Delaware, United States |
| Marvell World Trade Ltd. | Barbados |
| SysKonnect Inc. | California, United States |
| Marvell Semiconductor Germany GmbH | Germany |
| Marvell Technology (Beijing) Co., Ltd. | China |
| Marvell Italia S.r.l. | Italy |
| Marvell Switzerland Sarl | Switzerland |
| Marvell India Private Limited | India |
| Marvell International Technology Ltd. | Bermuda |
| Marvell Semiconductor Sdn. Bhd. | Malaysia |
| Marvell Canada Corporation | Canada |
| Marvell Semiconductor India Private Limited | India |
| Avago Technologies Imaging IP (Singapore) Pte. Ltd. | Singapore |
| Marvell Semiconductor, Ltd. | Delaware, United States |
| Marvell Netherlands B.V. | Netherlands |
| Avago Technologies Imaging Hungary Kft. | Hungary |
| Marvell Technology (Shanghai) Co., Ltd. | China |
| Zenographics, Inc. | California, United States |
| Marvell Accel Japan K.K. | Japan |
| Marvell Micromos Sarl | Switzerland |
| PicoMobile Systems Private Limited | India |
| PicoMobile Networks, Inc. | California, United States |
| Marvell Sweden AB | Sweden |